**FILED**
Wednesday, 11 August, 2004  02:03:40 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| KRISTIN BROCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03-1276 |
| ) | |
| COMPASS GROUP USA INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Cudmore's Report and Recommendation [Doc. #19], which addresses Defendant's Motion to Dismiss [Doc. #17]. Magistrate Judge Cudmore recommends that the Court grant the Motion to Dismiss due to want for prosecution. The parties have not filed any objections within the ten (10) days allotted by 28 U.S.C. § 636(b)(1). Failure to object constitutes a waiver of any objections. See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, the Court ADOPTS in full the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss [Doc. #17] is GRANTED.

CASE TERMINATED.

Entered this   11th   day of August, 2004.

/s Joe B. McDade
JOE BILLY McDADE
Chief United States District Judge