**FILED**
Wednesday, 11 August, 2004  04:05:11 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**Kristen Brock**

        vs.                      Case Number: **03-1276**

**Compass Group USA Inc**
**d/b/a Eurest Dining Services**

☐ **DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is dismissed for want of prosecution, parties to bear their own costs.

ENTER this 11th day of August, 2004

    s/ John M. Waters
    JOHN M. WATERS, CLERK

    s/ C. Douglas

    BY: DEPUTY CLERK

03-1276.wpd